PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | **Docket Number:  2:06CR00116-01** |
| ) | |
| **Jose Elias LOPEZ**   ) | |
| ) | |

On August 23, 2006, the above-named was placed on Supervised Release (pursuant to Transfer Treaty Determination - 18 USC 4106A) for a period of 4 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   August 13, 2009
         Roseville, California
         DDW:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Jose Elias LOPEZ**
     **Docket Number:  2:06CR00116-01**
     **ORDER TERMINATING SUPERVISED RELEASE**
     <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| <u>    08/31/2009                        </u> | <u>/s/ John A. Mendez                         </u> |
| **Date** | **JOHN A. MENDEZ** |
| | **United States District Judge** |

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:06CR00116-01 |
| ) | |
| Jose Elias LOPEZ ) | |
| ) | |

**LEGAL HISTORY:**

On August 23, 2006, the above-named was placed on Supervised Release (pursuant to Transfer Treaty Determination - 18 USC 4106A) for a period of 4 years, which commenced on August 23, 2006. Special conditions included a requirement for warrantless search, substance abuse testing, treatment and services co-payment.

**SUMMARY OF COMPLIANCE:**

Mr. Lopez has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Lopez has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

**Re:** **Jose Elias LOPEZ**
  **Docket Number:   2:06CR00116-01**
  **RECOMMENDATION TERMINATING**
  **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


Dated:  August 13, 2009
  Roseville, California
  DDW:cd

**REVIEWED BY:**       /s/ Richard A. Ertola
  **RICHARD A. ERTOLA**
  **Supervising United States Probation Officer**


cc:  AUSA TO BE DETERMINED (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)